**DISMISS; and Opinion Filed October 25, 2016.**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-16-01061-CV

**E-SPECTRUM ADVISORS LLC, Appellant**
**V.**
**SHENANDOAH RESOURCES LLC, Appellee**

**On Appeal from the 95th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-15-10891**

## MEMORANDUM OPINION

Before Chief Justice Wright, Justice Lang-Miers, and Justice Stoddart
Opinion by Justice Lang-Miers

Seeking to appeal the trial court's interlocutory order granting appellee's special exception and dismissing appellant's claim for attorneys' fees under section 38.001 of the civil practice and remedies code, appellant has filed a petition for permissive interlocutory appeal. We deny the petition and dismiss the appeal for want of jurisdiction. *See* TEX. CIV. PRAC. & REM. CODE ANN. § 51.014(d) (West 2015); TEX. R. APP. P. 28.3, 42.3(a).


/Elizabeth Lang-Miers/
ELIZABETH LANG-MIERS
JUSTICE

161061F.P05



## Court of Appeals
## Fifth District of Texas at Dallas

## JUDGMENT

E-SPECTRUM ADVISORS LLC, Appellant

No. 05-16-01061-CV      V.

SHENANDOAH RESOURCES LLC,
Appellee

On Appeal from the 95th Judicial District
Court, Dallas County, Texas
Trial Court Cause No. DC-15-10891.
Opinion delivered by Justice Lang-Miers.
Chief Justice Wright and Justice Stoddart
participating.

In accordance with this Court's opinion of this date, the appeal is **DISMISSED**.

It is **ORDERED** that appellee SHENANDOAH RESOURCES LLC recover its costs of this appeal from appellant E-SPECTRUM ADVISORS LLC.

Judgment entered this 25th day of October, 2016.